IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES McALPHIN
ADC #88328                                                                PLAINTIFF

v.                              No: 5:19-cv-361-DPM-BD

BRUCE McCONNELL, Sgt., Varner
Supermax, ADC; and JOHNSON,
Lieutenant, Varner Supermax, ADC                       DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. McAlphin hasn't paid the filing fee; and the time to do so has passed. *Doc. 31.* His remaining claims will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 May 2020