IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES McALPHIN
ADC #88328                                                            PLAINTIFF

v.                          No: 5:19-cv-361-DPM

BRUCE McCONNELL, Sgt., Varner
Supermax, ADC; JOHNSON, Lieutenant,
Varner Supermax, ADC; and ARKANSAS
DEPARTMENT OF CORRECTION                          DEFENDANTS

## JUDGMENT

McAlphin's claims against the Arkansas Department of Correction are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 May 2020